510

Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ. CONNECTICUT GENERAL LIFE INSURANCE COMPANY, Respondent, v. BERMAR THEATRE, INC., Appellant, et al., Defendants.— Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ. MORRIS BERMAN, Appellant, v. CITY OF SYRACUSE, Respondent.— Present — Bastow, P. J., Goldman, Halpern and Henry, JJ. LESTER WARRIOR, Appellant, v. MARTIN HARRIS, Respondent.— Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ. In the Matter of RICHARD VINCENT BOGAN, an Attorney.— Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ. (Order entered June 13, 1961.) (A) SAMUEL MILETELLO v. JOHN E. HOLLAND. (B) SALVATORE LATRAGNA v. BRIGHTON SCHOOL DISTRICT No. 1. (C) COMMERCIAL CREDIT CORP. v. ALFRED PAGLIA et al. (D) HERBERT T. LOVITS v. DORIS A. SMITH; MOLLIE LOVITS v. DORIS A. SMITH. (E) THE PEOPLE OF THE STATE OF NEW YORK v. FRANCIS S. MCMARROW. (F) ROBERT BOYD v. MITCHELL URKEW et al. (And Three Other Actions.) — [In each action] Appeal dismissed, without costs, upon stipulation.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES A. LIPINCZYK. (B) THE PEOPLE OF THE STATE OF NEW YORK v. FRED SMITH, JR. (C) SUNSHINE BUILDERS, INC., v. MARY L. KASPER. (D) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT CHARLES MARRIOTT. (E) THE PEOPLE OF THE STATE OF NEW YORK v. JIMMIE LEE PAUL. (F) THE PEOPLE OF THE STATE OF NEW YORK v. H. GLYN SEES, JR.— [In each action] Order of substitution of attorneys entered.

(A) In the Matter of the Construction of the Will of JOHN T. ASKEY, Deceased. (B) In the Matter of ROBERT J. BREADY v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles. (C) FANNIE BURGIO, Appellant, v. JOSEPH A. ROTH et al., Respondents. (D) In the Matter of ARTHUR A. GROSSNICKLE, Respondent. (E) LOTTIE MOORE et al., Respondents, v. CITY OF BUFFALO, Appellant. (F) PETER B. PADDOCK, Appellant, v. KENNETH E. WADE et al., Doing Business as WADE BUICK CO., Respondents. (G) SECURITY TRUST COMPANY OF ROCHESTER, Respondent, v. NAPLES PRODUCE & BUILDING MATERIALS, INC., et al., Appellants. (H) CHARLES SQUADRITO, an Infant, by EDITH F. SQUADRITO, His Guardian ad Litem, Appellant, v. LAWRENCE REBISZ et al., Respondents. FREDERICK SQUADRITO, Appellant, v. LAWRENCE REBISZ et al., Respondents. (I) STEUBEN ELECTRONICS CORPORATION, Appellant, v. ROBERT J. HARRIS et al., Respondents. (J) In the Matter of FRANK N. VERNI, SR., et al., Appellants, v. VILLAGE OF EAST ROCHESTER, Respondent.— [In each action] Motion granted and appeal dismissed.

(A) PAULINE CALLAHAN, Appellant, v. SYRACUSE TRANSIT CORP. et al., Respondents. (B) KATHERINE J. CARNAHAN, Appellant, v. JOHN C. JACKSON et al., Respondents. (C) MOLLY CIGANENKO et al., Respondents, v. STATE OF NEW YORK, Appellant. (D) JOSEPH P. D'ANGELO, Respondent, v. JEANETTE E. GREENBERG, Doing Business as ATLANTIC HEATING & EQUIPMENT CO., Appellant. (E) In the Matter of the Accounting of FIRST TRUST & DEPOSIT COMPANY. MELISSA M. DENISON; FREDERICK W. BARKER. (F) FLEET-WING CORPORATION, Respondent, v. PEASE OIL COMPANY et al., Appellants. (G) RICHARD GANGALE, Respondent, v. VIOLA GEOHAS, Appellant. (H) RAYMOND KNIBBS, Appellant, v. ALVON WAGNER, Respondent. (I) WILLIAM H. TAYLOR, Appellant, v. ALVON

WAGNER, Respondent. (J) NATIONWIDE INVESTORS, INC., Appellant, v. UNITED OFFICE BUILDING, INC., Respondent. (K) PEASE OIL COMPANY, Appellant, v. ALEXANDER SCHMIDT et al., Respondents. (L) MILO THOMAS, Appellant, v. JAMES A. AVERY, as Receiver, Respondent. (M) JOHN E. SHAFFER, Appellant, v. ETHEL WEISBERG, Respondent. (N) JOSEPHINE TRANELLO, Appellant, v. CITY OF ROCHESTER et al., Respondents.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before August 1, 1961.

■ In the Matter of 245 ELMWOOD AVENUE, INC., Petitioner, v. GRANT F. DANIELS et al., Constituting the State Liquor Authority, Respondents.— Upon the oral consent and stipulation of counsel in open court, motion granted and stay continued pending hearing and determination of proceeding.

■ EDWARD AMEROSE, Appellant, v. JAMES KANE, Respondent.— Motion granted to prosecute appeal on typewritten records and briefs; appeal dismissed unless records and briefs are filed on or before August 1, 1961.

■ In the Matter of BOARD OF ZONING APPEALS, CITY OF SYRACUSE. ROBERT BARTH SALES, INC.— Appeal dismissed for failure to comply with previous order, without costs.

■ JOSEPH BASILE, Appellant, v. ANDREA E. RESLER, an Infant, by Her Guardian ad Litem, ELEANOR T. RESLER, et al., Respondents.— Motion granted to prosecute appeal on original stenographic minutes of trial, original and five typewritten copies of judgment roll, including charge, five typewritten briefs; appeal dismissed unless records and briefs are filed and served on or before August 1, 1961.

■ ERNEST BOUCHARD et al., Appellants, v. PHILIP J. SINAGUGLIA, Respondent.— Motion granted to prosecute appeal as poor persons.

■ In the Matter of BEATRICE M. BRADY, as Chief Clerk of the City Court of Utica.— Order entered permitting destruction of records.

■ WILLIAM J. EDELL, Appellant, v. EVELYN M. EDELL et al., Respondents. (And Other Actions.) — Motion granted to prosecute appeal as a poor person.

■ In the Matter of the Accounting of ALINE C. J. ELLIS, as Executrix of JOSEPH ELLIS, Deceased Executor of ROSE E. SHAPIRO, Deceased.— ■

■ "A case shall contain so much of the evidence and other proceedings upon the trial as is material to the questions to be raised upon the appeal and no more and shall be settled accordingly". (Rules Civ. Prac., rule 232.) The duty of settling the record is placed upon the trial court (rule 230). The case on appeal may not be settled by this court (cf. *Hopper* v. *Comfort Coal-Lumber Co.*, 276 App. Div. 869). Lastly, it should be noted that an order granting or denying a motion to resettle a case or bill of exceptions is appealable (8 Carmody-Wait, New York Practice § 251, p. 702).

■ In the Matter of ALICE R. GAMMON, Petitioner, v. CARL J. COSTANTINO, as Probation Director of Niagara County, Respondent.— Motion granted to prosecute proceeding on original transcript of testimony, an original and five typewritten copies of record and five typewritten copies of petitioner's brief.

■ PHYLLIS M. GIORDANO et al., Appellants-Respondents, v. ALICE PERRY et al., Respondents-Appellants.— Motion granted and order dismissing appeal vacated on condition records and briefs are filed and served on or before August 1, 1961.

■ LAWRENCE HEALY, Appellant, v. PATRICIAL MORANZ, Respondent.— Motion granted and order dismissing appeal vacated on condition that respond-